January 29, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

MARHABA PARTNERS LIMITED PARTNERSHIP, Appellant

NO. 14-13-01133-CV                  V.

KINDRON HOLDINGS, LLC, Appellee

_____

        This cause, an appeal from the judgment in favor of appellee, Kindron Holdings, LLC, signed November 25, 2013, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

        We order appellant, Marhaba Partners Limited Partnership, to pay all costs incurred in this appeal.

        We further order this decision certified below for observance.